UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT RYAN SIPEREK,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. C17-5169 BHS<br><br>ORDER RE-NOTING PLAINTIFF'S MOTIONS FOR ATTORNEY FEES AND COSTS |

This matter comes before the Court on Plaintiff's motion for attorney's fees and its motion for bill of costs. Dkts. 31, 32.

On August 29, 2017, the Court entered an order granting summary judgment in favor of Plaintiff and judgment was entered in this case. Dkt. 29. In the order, the Court ordered that attorney fees be awarded to Plaintiff pursuant to 18 U.S.C § 925A as part of the costs. *Id.* at 17.

On September 11, 2017, Plaintiff submitted an additional motion and his bill of costs seeking an award of attorney fees. Dkts. 31, 32. On September 25, 2017, the Government responded requesting that the Court delay any award of costs until after it has decided whether it will pursue an appeal of the Court's order. Dkt. 33 at 3.

ORDER - 1

Alternatively, the Government opposes the award of any fees. Dkt. 33 at 3–5. On September 29, 2017, Plaintiff filed his reply, noting that the Government does not argue that the costs and fees are unreasonable at the rate and amount requested by Plaintiff. Dkt. 37.

At the outset, the Court notes that it has already awarded costs, including reasonable attorney fees, to Plaintiff. *See* Dkt. 29 at 17. The Government has not submitted any argument or information not already considered by the Court that would cause it to reconsider the award of costs and fees. Nonetheless, the Government also argues that judicial economy is best served by delaying the award of costs and fees until the litigation is final. *See Harmon v. United States*, 101 F.3d 574, 587 (8th Cir. 1996). Accordingly, the Government requests that the Court delay its consideration of Plaintiff's motion until October 31, 2017, at which point the Government will have filed an appeal or the time for filing an appeal will have expired. The Court will oblige this request.

The Clerk shall **RE-NOTE** Plaintiff's motions (Dkts. 31, 32) for consideration on October 31, 2017.

**IT IS SO ORDERED.**

Dated this 20th day of October, 2017.

BENJAMIN H. SETTLE
United States District Judge